IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JEREMY RAY TROUTMAN,

    Plaintiff,

v.                                     CIVIL ACTION NO.: CV509-015

Officer ROBERT CARVALHO and
CORNELL COMPANIES, INC.,

    Defendants.

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. In his Objections, Plaintiff contends that he did everything he could to exhaust his available administrative remedies. Plaintiff asserts that he filed a grievance on April 15, 2009, and was told that his grievance was forwarded to the Internal Affairs unit for investigation.

Plaintiff's Objections are without merit and reaffirm the Magistrate Judge's conclusion that Plaintiff did not exhaust his available administrative remedies prior to filing this cause of action. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice, based on Plaintiff's failure to exhaust his available administrative remedies

AO 72A
(Rev. 8/82)

prior to filing this cause of action. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___6___ day of ___August___, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE